```
ANTHONY P. CAPOZZI, #068525
LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite #102
Fresno, California  93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997

Attorney for Defendant,
CONNIE JO KUBICA
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. F. NO.00-5396 REC |
| ) Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| CONNIE JO KUBICA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between Defendant, CONNIE JO KUBICA, by and through her attorney, Anthony P. Capozzi, and Plaintiff, United States of America, by and through Assistant United States Attorney, Stanley A. Boone, that the status conference set for May 2, 2005, at 10:00 a.m. be continued to May 23, 2005, at 10:00 a.m.

The parties agree that any delay resulting from this continuance shall be excluded on the basis of the following:

1.  Title 18 U.S.C., §3161(h)(8)(A): that the ends of justice served by taking such action outweighs the best interest of the public and the defendants in a speedy trial.

1

PDF created with pdfFactory trial version www.pdffactory.com

1      2. Title 18 U.S.C., §3161(h)(8)(B)(ii): that it is
2         unreasonable to expect adequate preparation for pretrial
3         proceedings or for the trial itself within the time
4         limits established due to the complexity of this case.
5                      Respectfully submitted,

DATED: April 27, 2005

                                    /s/ Anthony P. Capozzi
                                  ANTHONY P. CAPOZZI
                                  Attorney for Defendant,

DATED: April 27, 2005

                                  ___/s/ Stanley A. Boone__
                                  STANLEY A. BOONE
                                  Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: April _27, 2005_____

                                  ____/s/ ROBERT E. COYLE_
                                  HONORABLE ROBERT E. COYLE
                                  U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com