```
 1  ANTHONY P. CAPOZZI, #068525
    LAW OFFICE OF ANTHONY P. CAPOZZI
 2  1233 West Shaw Avenue, Suite #102
    Fresno, California  93711
 3  Telephone: (559) 221-0200
    Facsimile: (559) 221-7997
 4
    Attorney for Defendant,
 5  CONNIE JO KUBICA

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             EASTERN DISTRICT OF CALIFORNIA, FRESNO

10
                         * * * * *
11

12  UNITED STATES OF AMERICA,  )   CASE NO. CR. F. NO.00-5396 REC
                               )
13            Plaintiff,       )   STIPULATION AND ORDER TO
                               )   CONTINUE STATUS CONFERENCE
14  v.                         )
                               )
15  CONNIE JO KUBICA,          )
                               )
16            Defendant.       )
                               )
17
```

IT IS HEREBY STIPULATED between Defendant, CONNIE JO KUBICA, by and through her attorney, Anthony P. Capozzi, and Plaintiff, United States of America, by and through Assistant United States Attorney, Stanley A. Boone, that the status conference set for May 23, 2005, at 10:00 a.m. be continued to June 13, 2005, at 10:00 a.m.

The parties agree that any delay resulting from this continuance shall be excluded on the basis of the following:

   1.   Title 18 U.S.C., §3161(h)(8)(A): that the ends of justice
        served by taking such action outweighs the best interest

1

of the public and the defendants in a speedy trial.

2. Title 18 U.S.C., §3161(h)(8)(B)(ii): that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established due to the complexity of this case.

Respectfully submitted,

DATED: May 19, 2005

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant,

DATED: May 19, 2005

___/s/ Stanley A. Boone__
STANLEY A. BOONE
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: May 24, 2005_____

/s/ OLIVER W. WANGER

HONORABLE OLIVER W. WANGER
U.S. DISTRICT COURT JUDGE

2