```
ANTHONY P. CAPOZZI, #068525
LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite #102
Fresno, California  93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997

Attorney for Defendant,
CONNIE JO KUBICA
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. F. NO.00-5396 OWW |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | |
| CONNIE JO KUBICA, ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED between Defendant, CONNIE JO KUBICA, by and through her attorney, Anthony P. Capozzi, and Plaintiff, United States of America, by and through Assistant United States Attorney, Stanley A. Boone that the status conference set for June 13, 2005, at 9:00 a.m. be continued to July 25, 2005, at 9:00 a.m.

    The parties in this matter are working towards a resolution and believe the matter should be resolved prior to July 25, 2005.

/ / /

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties agree that any delay resulting from this
2  continuance shall be excluded on the basis of the following:
3     1.   Title 18 U.S.C., §3161(h)(8)(A): that the ends of justice
4         served by taking such action outweighs the best interest
5         of the public and the defendants in a speedy trial.
6     2.   Title 18 U.S.C., §3161(h)(8)(B)(ii): that it is
7         unreasonable to expect adequate preparation for pretrial
8         proceedings or for the trial itself within the time
9         limits established due to the complexity of this case.

Respectfully submitted,

DATED: June 8, 2005

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant,

DATED: June 8, 2005

___/s/ Stanley A. Boone__
STANLEY A. BOONE
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: June 14, 2005_____

/s/ OLIVER W. WANGER

HONORABLE OLIVER W. WANGER
U.S. DISTRICT COURT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com