```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 01: 00-CR-5396 OWW | |
| ) | | |
| Plaintiff, ) | | |
| ) | MOTION AND ORDER FOR | |
| v. ) | DISMISSAL OF INDICTMENT AS TO | |
| ) | CONNIE JO KUBICA ONLY | |
| CONNIE JO KUBICA, ) | | |
| ) | | |
| Defendant. ) | | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Indictment, in the interest of justice, as to CONNIE JO KUBICA only.

                                           Respectfully submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney

DATED: 8/19/05              By    /s/ Stanley A. Boone
                                              STANLEY A. BOONE
                                              Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the Indictment be dismissed as to CONNIE JO KUBICA only in the interest of justice.

/s/ OLIVER W. WANGER

DATED: __August 22, 2005

OLIVER W. WANGER
U.S. District Court Judge

2