ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
CONNIE JO KUBICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: CR-F-00-5396 OWW |
| Plaintiff, | ) MOTION TO EXONERATE PROPERTY BOND |
| v. | ) |
| CONNIE JO KUBICA, | ) |
| Defendant. | ) |

    Connie Jo Kubica, by and through her attorney, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above entitled case be exonerated and re-conveyed to the legal title holders forthwith:

    1.   Larry and Michele Pribble
         2114 E. Plumwood Lane
         Santa Ana, CA  92705
         APN # 396-104-46
         Deed of Trust in the amount of $80,000.00

/ / /

/ / /

/ / /

Page 1

Motion to Exonerate Bonds
Case No. 00-5396 OWW

1  This request is made pursuant to the dismissal of the
2 Indictment as to Connie Jo Kubica on August 22, 2005.
3                    Respectfully submitted,

5 Dated:  August 23, 2005
6                         /s/ Anthony P. Capozzi
                          Anthony P. Capozzi,
7                         Attorney for Connie Jo Kubica

ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
CONNIE JO KUBICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: CR-F-00-5396 OWW |
| *Plaintiff*, ) | ORDER TO EXONERATE PROPERTY BOND |
| v. ) | |
| CONNIE JO KUBICA, ) | |
| *Defendant*. ) | |

**ORDER**

It is hereby ordered, pursuant to the above Motion, that the following property posted as collateral herein be exonerated and re-conveyed to the following legal title holders as follows:

1. Larry and Michele Pribble
   2114 E. Plumwood Lane
   Santa Ana, CA  92705
   APN # 396-104-46
   Deed of Trust in the amount of $80,000.00

Dated: August _24_, 2005     It is so ordered,

/s/ OLIVER W. WANGER
_____     _____
Hon. OLIVER W. WANGER,
United States District Court Judge

Page 3

Motion to Exonerate Bonds
Case No. 00-5396 OWW